FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -5 PM 2: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONNEL COLEMAN | CIVIL ACTION |
| VERSUS | NO. 05-799 |
| BURL CAIN, ET AL | SECTION "N" (2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 27, 2005, November 2, 2005 and November 23, 2005, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Donnel Coleman's petition for issuance of a Writ of Habeas Corpus filed pursuant to Title 28 U.S.C. § 2254 be DISMISSED WITH PREJUDICE as time-barred.

New Orleans, Louisiana, this 5th day of September 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process___
X  Dktd_____
___ CtRmDep__
___ Doc. No.___