UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONNEL COLEMAN                           CIVIL ACTION

VERSUS                                   NO. 05-799

BURL CAIN ET AL.                         SECTION "N" (2)

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on October 5, 2009, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Motion for Relief from Judgment and Order pursuant to Fed. R. Civ. P. 60(b), Record Doc. No. 21, is **DENIED**.

New Orleans, Louisiana, this 14th day of October, 2009.

UNITED STATES DISTRICT JUDGE

